IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIM. NO.: 14-00183-CB |
| ) | |
| MYRON DEMETRICE CAVES, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| J G WALTON CONSTRUCTION , ) | |
| and its successors or assigns, ) | |
| ) | |
| Garnishee. ) | |

## FINAL ORDER OF WAGE GARNISHMENT

This matter comes before this Court on the Joint Motion for Entry of a Final Order of Wage Garnishment filed _April 20_, 2016, (doc. _31_). The parties have agreed and stipulated to the entry of this Final Order of Wage Garnishment.

It is therefore **ORDERED** that the Joint Motion is **GRANTED** as set out below:

1. The Garnishee, J G Walton Construction , shall pay all previous monies withheld and all future monies withheld, into

the hands of the U.S. Clerk of Court, *at least monthly*, the lesser of:

   a. $60 per pay period

   b. All amounts of judgment defendant's disposable earnings in excess of thirty times the federal minimum hourly wage.

See 15 U.S.C. § 1673(a).

To calculate the disposable earnings, the Garnishee will subtract the following from wages, commissions, bonuses, and income:

   1. Federal Income Tax
   2. Federal Social Security Tax;
   3. Medicare
   4. State Adjusted Gross Income Tax;
   5. County Option Tax (if any).

Checks should be made payable to, and mailed to:

   Clerk of Court
   U.S. District Court
   113 St. Joseph Street
   Mobile, AL 36602

   Ref: Myron Demetrice Caves/14-00183-001-CB

2. These garnished sums are to be applied upon the Judgment rendered in this case on January 26, 2015, in the amount of $7,295.56, upon which there is an unpaid balance of $6,565.56 as of April 12, 2016

3. These deductions are to continue until the unpaid balance is fully paid and satisfied or until the garnishee no longer has possession or control of salary, wages, or other compensation belonging to the Defendant.

4. Garnishee will notify the United States Attorney's Office, Attn: Financial Litigation Unit, 63 S. Royal Street, Suite 600, Mobile, Alabama 36602, within ten (10) days of Defendant's termination or resignation.

5. Plaintiff, United States, will make an annual accounting to the Garnishee and Defendant pursuant to 28 U.S.C. §3205(c)(9)(A).

6. This Order shall take effect after all prior orders of garnishment, if any, have been satisfied. Pursuant to 28 U.S.C. § 3205(c)(8), judicial orders and garnishments for the support of a person shall have priority over this Writ of Garnishment. As to any other writ of garnishment or levy, this Writ of Garnishment has prior over writs which are issued *later* in time.

**DONE and ORDERED** this 15th day of May, 2016.

CHARLES R. BUTLER, JR., SENIOR
UNITED STATES DISTRICT JUDGE

3